**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

AKeisha Burroughs

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Irvington Board of Education

Esq. Cherelle Tolor - Irvington BO

Administrative Secretary

Julissa Velez - Irvington BD

_____

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: ☐ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| Name | AKeisha Burroughs |
| Street Address | 81 Montgomery Street |
| County, City | ESSEX, Newark |
| State & Zip Code | New Jersey    07103 |
| Telephone Number | 862-247-7917 |

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name __Cherelle  Tolor__
Street Address __1 UNiVERJiTY   PLACE__
County, City __ESSEX,  Irvington__
State & Zip Code __New  JERJEY   07111__

Defendant No. 2

Name __Julissa  Velez__
Street Address __1 UNiVERJiTY   PLACE__
County, City __ESSEX,  IRViNGToN__
State & Zip Code __New JERJEY   07111__

Defendant No. 3

Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4

Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C.  §   1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal Questions          [ ] Diversity of Citizenship

[X] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_____

_____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur?  OVER THE TELEPHONE & ONLINE VIA EMAIL

B.    What date and approximate time did the events giving rise to your claim(s) occur?  10/14/2015 3:25 PM; 4:48 PM ALSO 10/19/2015 9.27 AM, 9.56 AM 10/19/2015 5:00 PM

C.    Facts:  I WAS FIRED AS A SUBSTITUTE TEACHER FROM

**What happened to you?**

THE IRVINGTON BD OF EDUCATION FOR ASKING & RESPONDING TO A QUESTION TO THE HUMAN RESOURCE DEPARTMENT. I WAS CONTACTED VIA TELEPHONE, by ESQ Cherelle Tolor INDICATING I WAS NO LONGER GOING TO BE EMPLOYED BY THE DISTRICT OF IRVINGTON BD OF EDUCATION.

**Who did what?**

Cherelle Tolor ESQ FOR IRVINGTON BD OF EDUCATION CALLED ME ON 10/19/2015 AT APPROX 5PM VIA TELEPHONE INDICATING MY TERMINATION.

**Was anyone else involved?**

YES, THIS TERMINATION WAS LEAD BY A VOICEMAIL I LEFT FOR Ms. JULISSA VELEZ INQUIRING ON EMPLOYMENT/VERIFICATION PROCEDURES, UNKNOWN TO MY KNOWLEDGE AS AN EMPLOYEE FOR THE DISTRICT. Ms. JULISSA VELEZ RESPONDED VIA EMAIL ACCUSING ME OF ACCUSING THE IRVINGTON BD OF EDUCATION OF "RUNNING A CREDIT CHECK".

**Who else saw what happened?**

AS OF MY KNOWLEDGE NO ONE ELSE; HOWEVER I DID SPEAK TO THE SECRETARY WITHIN THE SAME HR DEPT.

-3-

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.    N/A

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I would like for the Court to summons the individuals named; and/or compensate me for loss wages, personal injury due to not being able to maintain my finances due to sudden termination of employment. I have not been able to find suitable work, with suitable pay. I would also like the Court to compensate me by monetary means for time lost out of work from the in question until the case is a settled with reasonable monetary compensation. My rate of pay for the district of Irvington Bo of Education was a daily pay rate of one hundred dollars. Total loss of damages, wages, and work suitable to pay $ 100,000.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _7th_ day of _March_ , 20 _16_ .

Signature of Plaintiff _Akeisha Burroughs_

Mailing Address _81 Montgomery Street_
_Newark, NJ 07103_

Telephone Number _862-247-7917_

Fax Number *(if you have one)* _____

E-mail Address _Akeisha Burroughs @ gmail.com_

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Akeisha Burroughs_

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: **Akeisha Burroughs**
**81 Montgomery Street**
**Newark, NJ 07103**

From: **Newark Area Office**
**283-299 Market Street**
**Two Gateway Center, Suite 1703**
**Newark, NJ 07102**

|  | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |  |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **524-2016-00270** | **Eris Yarborough,**<br>**Intake Supervisor** | **(973) 645-6016** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[X]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**John Waldinger,**
**Area Office Director**

JAN 2 5 2016

*(Date Mailed)*

Enclosures(s)

cc:  **Ethel Davion**
**Interim Superintendent**
**IRVINGTON PUBLIC SCHOOL**
**1 University Place**
**Irvington, NJ 07111**

Enclosure with EEOC
Form 161 (11/09)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS    --    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS    --    **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION    --    **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Enclosures(s)

cc:



Akeisha Burroughs <akeishaburroughs@gmail.com>

6 messages

973-368-4750

Akeisha Burroughs

On Tue, Jul 28, 2015 at 12:11 PM, Akeisha Burroughs <akeishaburroughs@gmail.com> wrote:
Hello Ms. Velez,

This is Akeisha Burroughs, I hope you are enjoying a relaxing summer. As per our conversation this morning, I am in need a of letter of reference from HR. I have applied for a part-time position with Youth Consultation Service.

The Human Resource Department for Youth Consultation Service is requesting a letter of reference from my previous employer. In the letter, it must include what my position was and how long I worked with Irvington Public Schools.

The letter must be on company letterhead and also must be signed with your hand written signature. Due to the sensitivity in time given to furnish all documentation including this letter of reference, I would need the letter as soon as possible but no later than August 3rd 2015.

You can address the letter to Stacey Lassiter, Human Resource Department. If you have any questions you can contact me at 973-368-4750.

Thank You in Advance,

Akeisha Burroughs

---

On Tue, Aug 4, 2015 at 11:13 AM, Akeisha Burroughs <akeishaburroughs@gmail.com> wrote:
Good Morning,

Ms. Velez, this is Ms. Akeisha Burroughs, as of today, Tuesday August 4th I have not received the letter of recommendation I requested on July 28th 2015. I am going to call you as a follow-up to this email.

I just received a letter of denial for unemployment benefits from the New Jersey Department of Labor. The letter stated I am still actively employed with Irvington Public Schools, and that I am only not working for the summer. I am not sure if the person from the HR department informed the representative of the letter I submitted to you. Furthermore, there is no guarantee I will have an assignment for the start of this upcoming school year. I assume based on that information I am still on the active substitute teacher list. I may be able to work only 2 to 3 days if there is work available and only if my college class schedule permits.

I am on the waiting list for another class which will be an additional two days. In total that will be four days in class. This is why I applied for unemployment benefits. I am going to appeal it, because my classes start in September 2015. If the needed classes where available in the evening I would take these classes at that said time. Unfortunately, my classes are not offered in the evening.

I wish to remain on the list due to this my being denied unemployment. In addition, please email me the letter of recommendation I requested for YCS. Again, the letter must indicate dates of employment and my position.

Sincerely,

Akeisha Burroughs


Akeisha Burroughs

On Tue, Jul 28, 2015 at 12:11 PM, Akeisha Burroughs <akeishaburroughs@gmail.com> wrote:
Hello Ms. Velez,

This is Akeisha Burroughs, I hope you are enjoying a relaxing summer. As per our conversation this morning, I am in need a of letter of reference from HR. I have applied for a part-time position with Youth Consultation Service.

The Human Resource Department for Youth Consultation Service is requesting a letter of reference from my previous employer. In the letter, it must include what my position was and how long I worked with Irvington Public Schools.

The letter must be on company letterhead and also must be signed with your hand written signature. Due to the sensitivity in time given to furnish all documentation including this letter of reference, I would need the letter as soon as possible but no later than August 3rd 2015.

You can address the letter to Stacey Lassiter, Human Resource Department. If you have any questions you can contact me at 973-368-4750.

Thank You in Advance,

Akeisha Burroughs



973.399.6800 ext. 2185
973.399.2632

973-368-4750

On Tue, Aug 4, 2015 at 11:18 AM, Julissa Velez <jvelez@irvington.k12.nj.us> wrote:
Good Morning:

As of 7/15/2015 you have resigned from your position as Substitute Teacher. This will be board approved on the 8/19/2015 meeting.  I have been working on a state report and will complete your letter today.  Would you like it mailed to you?

On Tue, Aug 4, 2015 at 11:13 AM, Akeisha Burroughs <akeishaburroughs@gmail.com> wrote:
Good Morning,

Ms. Velez, this is Ms. Akeisha Burroughs, as of today, Tuesday August 4th I have not received the letter of recommendation I requested on July 28th 2015. I am going to call you as a follow-up to this email.

I just received a letter of denial for unemployment benefits from the New Jersey Department of Labor. The letter stated I am still actively employed with Irvington Public Schools, and that I am only not working for the summer. I am not sure if the person from the HR department informed the representative of the letter I submitted to you. Furthermore, there is no guarantee I will have an assignment for the start of this upcoming school year. I assume based on that information I am still on the active substitute teacher list. I may be able to work only 2 to 3 days if there is work available and only if my college class schedule permits.

I am on the waiting list for another class which will be an additional two days. In total that will be four days in class. This is why I applied for unemployment benefits. I am going to appeal it, because my classes start in September 2015. If the needed classes where available in the evening I would take these classes at that said time. Unfortunately, my classes are not offered in the evening.

I wish to remain on the list due to this my being denied unemployment. In addition, please email me the letter of recommendation I requested for YCS. Again, the letter must indicate dates of employment and my position.

Sincerely,

Akeisha Burroughs

Akeisha Burroughs

On Tue, Jul 28, 2015 at 12:11 PM, Akeisha Burroughs <akeishaburroughs@gmail.com> wrote:

Hello Ms. Velez,

This is Akeisha Burroughs, I hope you are enjoying a relaxing summer. As per our conversation this morning, I am in need a of letter of reference from HR. I have applied for a part-time position with Youth Consultation Service.

The Human Resource Department for Youth Consultation Service is requesting a letter of reference from my previous employer. In the letter, it must include what my position was and how long I worked with Irvington Public Schools.

The letter must be on company letterhead and also must be signed with your hand written signature. Due to the sensitivity in time given to furnish all documentation including this letter of reference, I would need the letter as soon as possible but no later than August 3rd 2015.

You can address the letter to Stacey Lassiter, Human Resource Department. If you have any questions you can contact me at 973-368-4750.

Thank You in Advance,

Akeisha Burroughs


--
*Julissa Velez, Confidential Administrative Secretary
Department of Human Resources*
*973.399.6800 ext. 2185*
*973.399.2632 Fax*
*Irvington Board of Education *
*1 University Place*
*Irvington, NJ 07111*

CONFIDENTIALITY NOTICE
The information in this email and the documents that are attached to it, if any, may contain privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. It is for the sole use of the intended recipient(s). If you are not the intended recipient of this communication, any disclosure, copying, facsimile, distribution, or use of the contents of this information is strictly prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.


**CONFIDENTIALITY NOTICE**
**The information in this email and the documents that are attached to it, if any, may contain privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. It is for the sole use of the intended recipient(s). If you are not the intended recipient of this communication, any disclosure, copying, facsimile, distribution, or use of the contents of this information is strictly prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.**

On Thu, Aug 20, 2015 at 2:34 PM, Akeisha Burroughs <akeishaburroughs@gmail.com> wrote:
Hello Julissa,

This is Akeisha Burroughs I called the HR department hoping to confirm the date and time to come into the office to renew my ID. I was told you were out sick today. I will contact you tomorrow via telephone. Hope you feel better. I can be reached at 973-368-4750

Sincerely,
Akeisha Burroughs

On Tue, Aug 4, 2015 at 11:18 AM, Julissa Velez <jvelez@irvington.k12.nj.us> wrote:
Good Morning:

As of 7/15/2015 you have resigned from your position as Substitute Teacher. This will be board approved on the 8/19/2015 meeting. I have been working on a state report and will complete your letter today. Would you like it mailed to you?

On Tue, Aug 4, 2015 at 11:13 AM, Akeisha Burroughs <akeishaburroughs@gmail.com> wrote:
Good Morning,

Ms. Velez, this is Ms. Akeisha Burroughs, as of today, Tuesday August 4th I have not received the letter of recommendation I requested on July 28th 2015. I am going to call you as a follow-up to this email.

I just received a letter of denial for unemployment benefits from the New Jersey Department of Labor. The letter stated I am still actively employed with Irvington Public Schools, and that I am only not working for the summer. I am not sure if the person from the HR department informed the representative of the letter I submitted to you. Furthermore, there is no guarantee I will have an assignment for the start of this upcoming school year. I assume based on that information I am still on the active substitute teacher list. I may be able to work only 2 to 3 days if there is work available and only if my college class schedule permits.

I am on the waiting list for another class which will be an additional two days. In total that will be four days in class. This is why I applied for unemployment benefits. I am going to appeal it, because my classes start in September 2015. If the needed classes where available in the evening I would take these classes at that said time. Unfortunately, my classes are not offered in the evening.

I wish to remain on the list due to this my being denied unemployment. In addition, please email me the letter of recommendation I requested for YCS. Again, the letter must indicate dates of employment and my position.

Sincerely,

Akeisha Burroughs


Akeisha Burroughs

On Tue, Jul 28, 2015 at 12:11 PM, Akeisha Burroughs <akeishaburroughs@gmail.com> wrote:
Hello Ms. Velez,

This is Akeisha Burroughs, I hope you are enjoying a relaxing summer. As per our conversation this morning, I am in need a of letter of reference from HR. I have applied for a part-time position with Youth Consultation Service.

The Human Resource Department for Youth Consultation Service is requesting a letter of reference from my previous employer. In the letter, it must include what my position was and how long I worked with Irvington Public Schools.

The letter must be on company letterhead and also must be signed with your hand written signature. Due to the sensitivity in time given to furnish all documentation including this letter of reference, I would need the letter as soon as possible but no later than August 3rd 2015.

You can address the letter to Stacey Lassiter, Human Resource Department. If you have any questions you can contact me at 973-368-4750.

Thank You in Advance,

Akeisha Burroughs


--
*Julissa Velez, Confidential Administrative Secretary
Department of Human Resources*
*973.399.6800 ext. 2185*
*973.399.2632 Fax*
*Irvington Board of Education *
*1 University Place*
*Irvington, NJ 07111*

CONFIDENTIALITY NOTICE
The information in this email and the documents that are attached to it, if any, may contain privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. It is for the sole use of the intended recipient(s). If you are not the intended recipient of this communication, any disclosure, copying, facsimile, distribution, or use of the contents of this information is strictly prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.


**CONFIDENTIALITY NOTICE**
**The information in this email and the documents that are attached to it, if any, may contain privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. It is for the sole use of the intended recipient(s). If you are not the intended recipient of this communication, any disclosure, copying, facsimile, distribution, or use of the contents of this information is strictly prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.**


--
*Julissa Velez, Confidential Administrative Secretary
Department of Human Resources*
*973.399.6800 ext. 2185*
*973.399.2632 Fax*
*Irvington Board of Education *
*1 University Place*
*Irvington, NJ 07111*

CONFIDENTIALITY NOTICE
The information in this email and the documents that are attached to it, if any, may contain privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. It is for the sole use of the intended recipient(s). If you are not the intended recipient of this communication, any disclosure, copying, facsimile, distribution, or use of the contents of this information is strictly prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.

**CONFIDENTIALITY NOTICE**
**The information in this email and the documents that are attached to it, if any, may contain privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. It is for the sole use of the intended recipient(s). If you are not the intended recipient of this communication, any disclosure, copying, facsimile, distribution, or use of the contents of this information is strictly prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.**

On Fri, Aug 21, 2015 at 11:19 AM, Julissa Velez <jvelez@irvington.k12.nj.us> wrote:
Good Morning:

The next available time I have is September 1, 2015 at 10:00 am.

On Thu, Aug 20, 2015 at 2:34 PM, Akeisha Burroughs <akeishaburroughs@gmail.com> wrote:
Hello Julissa,

This is Akeisha Burroughs I called the HR department hoping to confirm the date and time to come into the office to renew my ID. I was told you were out sick today. I will contact you tomorrow via telephone. Hope you feel better. I can be reached at 973-368-4750

Sincerely,
Akeisha Burroughs

On Tue, Aug 4, 2015 at 11:18 AM, Julissa Velez <jvelez@irvington.k12.nj.us> wrote:
Good Morning:

As of 7/15/2015 you have resigned from your position as Substitute Teacher. This will be board approved on the 8/19/2015 meeting. I have been working on a state report and will complete your letter today. Would you like it mailed to you?

On Tue, Aug 4, 2015 at 11:13 AM, Akeisha Burroughs <akeishaburroughs@gmail.com> wrote:
Good Morning,

Ms. Velez, this is Ms. Akeisha Burroughs, as of today, Tuesday August 4th I have not received the letter of recommendation I requested on July 28th 2015. I am going to call you as a follow-up to this email.

I just received a letter of denial for unemployment benefits from the New Jersey Department of Labor. The letter stated I am still actively employed with Irvington Public Schools, and that I am only not working for the summer. I am not sure if the person from the HR department informed the representative of the letter I submitted to you. Furthermore, there is no guarantee I will have an assignment for the start of this upcoming school year. I assume based on that information I am still on the active substitute teacher list. I may be able to work only 2 to 3 days if there is work available and only if my college class schedule permits.

I am on the waiting list for another class which will be an additional two days. In total that will be four days in class. This is why I applied for unemployment benefits. I am going to appeal it, because my classes start in September 2015. If the needed classes where available in the evening I would take these classes at that said time. Unfortunately, my classes are not offered in the evening.

I wish to remain on the list due to this my being denied unemployment. In addition, please email me the letter of recommendation I requested for YCS. Again, the letter must indicate dates of employment and my position.

Sincerely,

Akeisha Burroughs


Akeisha Burroughs

On Tue, Jul 28, 2015 at 12:11 PM, Akeisha Burroughs <akeishaburroughs@gmail.com> wrote:
Hello Ms. Velez,

This is Akeisha Burroughs, I hope you are enjoying a relaxing summer. As per our conversation this morning, I am in need a of letter of reference from HR. I have applied for a part-time position with Youth Consultation Service.

The Human Resource Department for Youth Consultation Service is requesting a letter of reference from my previous employer. In the letter, it must include what my position was and how long I worked with Irvington Public Schools.

The letter must be on company letterhead and also must be signed with your hand written signature. Due to the sensitivity in time given to furnish all documentation including this letter of reference, I would need the letter as soon as possible but no later than August 3rd 2015.

You can address the letter to Stacey Lassiter, Human Resource Department. If you have any questions you can contact me at 973-368-4750.

Thank You in Advance,

Akeisha Burroughs


--
*Julissa Velez, Confidential Administrative Secretary
Department of Human Resources*
*973.399.6800 ext. 2185*
*973.399.2632 Fax*
*Irvington Board of Education *
*1 University Place*
*Irvington, NJ 07111*

CONFIDENTIALITY NOTICE
The information in this email and the documents that are attached to it, if
any, may contain privileged, confidential, legally privileged, and/or
exempt from disclosure under applicable law. It is for the sole use of the
intended recipient(s). If you are not the intended recipient of this
communication, any disclosure, copying, facsimile, distribution, or use of
the contents of this information is strictly prohibited and may be
unlawful. If you have received this electronic transmission in error,
please reply immediately to the sender that you have received the message
in error, and delete it. Thank you.

**CONFIDENTIALITY NOTICE**
**The information in this email and the documents that are attached to it, if any, may contain**
**privileged, confidential, legally privileged, and/or exempt from disclosure under applicable**
**law. It is for the sole use of the intended recipient(s). If you are not the intended recipient of**
**this communication, any disclosure, copying, facsimile, distribution, or use of the contents**
**of this information is strictly prohibited and may be unlawful. If you have received this**
**electronic transmission in error, please reply immediately to the sender that you have**
**received the message in error, and delete it. Thank you.**

--
*Julissa Velez, Confidential Administrative Secretary
Department of Human Resources*
*973.399.6800 ext. 2185*
*973.399.2632 Fax*
*Irvington Board of Education *
*1 University Place*
*Irvington, NJ 07111*

CONFIDENTIALITY NOTICE
The information in this email and the documents that are attached to it, if
any, may contain privileged, confidential, legally privileged, and/or
exempt from disclosure under applicable law. It is for the sole use of the
intended recipient(s). If you are not the intended recipient of this
communication, any disclosure, copying, facsimile, distribution, or use of
the contents of this information is strictly prohibited and may be
unlawful. If you have received this electronic transmission in error,
please reply immediately to the sender that you have received the message
in error, and delete it. Thank you.

**CONFIDENTIALITY NOTICE**
**The information in this email and the documents that are attached to it, if any, may contain**
**privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. It**
**is for the sole use of the intended recipient(s). If you are not the intended recipient of this**
**communication, any disclosure, copying, facsimile, distribution, or use of the contents of this**
**information is strictly prohibited and may be unlawful. If you have received this electronic**
**transmission in error, please reply immediately to the sender that you have received the message**
**in error, and delete it. Thank you.**



Akeisha Burroughs <akeishaburroughs@gmail.com>

5 messages

973.399.6800 ext. 2185
973.399.2632

On Wed, Oct 14, 2015 at 3:23 PM, Julissa Velez <jvelez@irvington.k12.nj.us> wrote:
Good Afternoon:

I am in receipt of your voicemail accusing the Irvington Board of Education, Human Resources Department of having performed a credit check on you.  Please be advised the Irvington Board of Education Human Resources Department does not perform any type of credit checks on our employees.

I would advise that you contact the credit bureau to find out who actually performed the credit check.

If you have any questions please fee free to email me.

Thank you,

--
*Julissa Velez, Confidential Administrative Secretary
Department of Human Resources*
*973.399.6800 ext. 2185*
*973.399.2632 Fax*
*Irvington Board of Education *
*1 University Place*
*Irvington, NJ 07111*

CONFIDENTIALITY NOTICE
The information in this email and the documents that are attached to it, if any, may contain privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. It is for the sole use of the intended recipient(s). If you are not the intended recipient of this communication, any disclosure, copying, facsimile, distribution, or use of the contents of this information is strictly prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message

in error, and delete it. Thank you.

**CONFIDENTIALITY NOTICE**
**The information in this email and the documents that are attached to it, if any, may contain privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. It is for the sole use of the intended recipient(s). If you are not the intended recipient of this communication, any disclosure, copying, facsimile, distribution, or use of the contents of this information is strictly prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.**

(973)368-4750
(201)640-7477

On Wed, Oct 14, 2015 at 4:46 PM, Akeisha Burroughs <akeishaburroughs@gmail.com> wrote:
Good evening,

Ms. Velez, I am in receipt of your email. The voicemail I left for you was an inquiring question, asking if you were aware of the inquiry or update made on my credit report.

Naturally, my first instinct was to contact the bureau to inquire and then contact the employer listed. As, I indicated on your voicemail, I was not sure about the inquiry and/or whom actually made the inquiry. My voicemail message was not left with any accusation of any member of the Irvington Board of Education. In addition, being that I have been a substitute for over a year, is was alarming to see Irvington Board of Education listed as a "New Employer for 2015". This was the nature of my call, to inquire not make any accusation.

It is my hope that you have someone else listen to the voice, before accusing me of accusing the Irvington Board of Education of a credit check, or even updating my credit file. I feel insulted based on the tone of your email, because it is not what I expected due to our professional status with the Irvington Board of Education. Your accusation of me could have a negative effect on my seeking full-time employment with the Irvington Board of Education and this is not the nature of how I handle any of my business and/or inquiries with Irvington Board of Education or any other entity.

Respectfully Yours,

Akeisha Burroughs

On Wed, Oct 14, 2015 at 3:23 PM, Julissa Velez <jvelez@irvington.k12.nj.us> wrote:
Good Afternoon:

I am in receipt of your voicemail accusing the Irvington Board of Education, Human Resources Department of having performed a credit check on you.  Please be advised the Irvington Board of Education Human Resources Department does not perform any type of credit checks on our employees.

I would advise that you contact the credit bureau to find out who actually performed the credit check.

If you have any questions please fee free to email me.

Thank you,

--
*Julissa Velez, Confidential Administrative Secretary
Department of Human Resources*
*973.399.6800 ext. 2185*
*973.399.2632 Fax*
*Irvington Board of Education *
*1 University Place*
*Irvington, NJ 07111*

CONFIDENTIALITY NOTICE
The information in this email and the documents that are attached to it, if any, may contain privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. It is for the sole use of the intended recipient(s). If you are not the intended recipient of this communication, any disclosure, copying, facsimile, distribution, or use of the contents of this information is strictly prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.

**CONFIDENTIALITY NOTICE**
**The information in this email and the documents that are attached to it, if any, may contain privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. It is for the sole use of the intended recipient(s). If you are not the intended recipient of this communication, any disclosure, copying, facsimile, distribution, or use of the contents of this information is strictly prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.**

On Mon, Oct 19, 2015 at 9:26 AM, Akeisha Burroughs <akeishaburroughs@gmail.com> wrote:
Good Morning Ms. Velez,

This is Akeisha Burroughs, Sub ID 2230.  I am having technical difficulties with the subfinder system. Ironically, I was able to see the jobs up until this weekend and I also accepted a job on 09/17/2015 with no problem. I logged into the system on this weekend and  I was unable to see any posted jobs. Upon logging into the system I received this message "The system does not have a valid telephone number for you" ". "One is required for you to view available jobs". In addition the zip code reflects 07111 instead of 07103 . The telephone number on the subfinder system has been replaced with 0-0-0.  I would assume this was defaulted by the subfinder system.

I have not changed any of my demographic information on the subfinder system. I do however have a telephone number you can add. The telephone number is (973)368-4750. I no longer have the other number that was listed on the subfinder system (201)640-7477.

Yours Truly,
Akeisha Burroughs


On Wed, Oct 14, 2015 at 4:46 PM, Akeisha Burroughs <akeishaburroughs@gmail.com> wrote:
Good evening,

Ms. Velez, I am in receipt of your email. The voicemail I left for you was an inquiring question, asking if you were aware of the inquiry or update made on my credit report.

Naturally, my first instinct was to contact the bureau to inquire and then contact the employer listed. As, I indicated on your voicemail, I was not sure about the inquiry and/or whom actually made the inquiry. My voicemail message was not left with any accusation of any member of the Irvington Board of Education. In addition, being that I have been a substitute for over a year, is was alarming to see Irvington Board of Education listed as a "New Employer for 2015". This was the nature of my call, to inquire not make any accusation.

It is my hope that you have someone else listen to the voice, before accusing me of accusing the Irvington Board of Education of a credit check, or even updating my credit file. I feel insulted based on the tone of your email, because it is not what I expected due to our professional status with the Irvington Board of Education. Your accusation of me could have a negative effect on my seeking full-time employment with the Irvington Board of Education and this is not the nature of how I handle any of my business and/or inquiries with Irvington Board of Education or any other entity.

Respectfully Yours,

Akeisha Burroughs


On Wed, Oct 14, 2015 at 3:23 PM, Julissa Velez <jvelez@irvington.k12.nj.us> wrote:
Good Afternoon:

I am in receipt of your voicemail accusing the Irvington Board of Education, Human Resources Department of having performed a credit check on you.  Please be advised the Irvington Board of Education Human Resources Department does not perform any type of credit checks on our employees.

I would advise that you contact the credit bureau to find out who actually performed the credit check.

If you have any questions please fee free to email me.

Thank you,

--

*Julissa Velez, Confidential Administrative Secretary
Department of Human Resources*
*973.399.6800 ext. 2185*
*973.399.2632 Fax*
*Irvington Board of Education *
*1 University Place*
*Irvington, NJ 07111*

CONFIDENTIALITY NOTICE
The information in this email and the documents that are attached to it, if
any, may contain privileged, confidential, legally privileged, and/or
exempt from disclosure under applicable law. It is for the sole use of the
intended recipient(s). If you are not the intended recipient of this
communication, any disclosure, copying, facsimile, distribution, or use of
the contents of this information is strictly prohibited and may be
unlawful. If you have received this electronic transmission in error,
please reply immediately to the sender that you have received the message
in error, and delete it. Thank you.

**CONFIDENTIALITY NOTICE**
**The information in this email and the documents that are attached to it, if any, may contain**
**privileged, confidential, legally privileged, and/or exempt from disclosure under applicable**
**law. It is for the sole use of the intended recipient(s). If you are not the intended recipient of**
**this communication, any disclosure, copying, facsimile, distribution, or use of the contents**
**of this information is strictly prohibited and may be unlawful. If you have received this**
**electronic transmission in error, please reply immediately to the sender that you have**
**received the message in error, and delete it. Thank you.**

--
*Julissa Velez, Confidential Administrative Secretary
Department of Human Resources*
*973.399.6800 ext. 2185*
*973.399.2632 Fax*
*Irvington Board of Education *
*1 University Place*
*Irvington, NJ 07111*

CONFIDENTIALITY NOTICE
The information in this email and the documents that are attached to it, if
any, may contain privileged, confidential, legally privileged, and/or
exempt from disclosure under applicable law. It is for the sole use of the
intended recipient(s). If you are not the intended recipient of this
communication, any disclosure, copying, facsimile, distribution, or use of
the contents of this information is strictly prohibited and may be
unlawful. If you have received this electronic transmission in error,
please reply immediately to the sender that you have received the message
in error, and delete it. Thank you.

**CONFIDENTIALITY NOTICE**
**The information in this email and the documents that are attached to it, if any, may contain**
**privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. It is**
**for the sole use of the intended recipient(s). If you are not the intended recipient of this**
**communication, any disclosure, copying, facsimile, distribution, or use of the contents of this**

**information is strictly prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.**

On Mon, Oct 19, 2015 at 9:56 AM, Julissa Velez <jvelez@irvington.k12.nj.us> wrote:
I have made the corrections to SubFinder.

On Mon, Oct 19, 2015 at 9:26 AM, Akeisha Burroughs <akeishaburroughs@gmail.com> wrote:
Good Morning Ms. Velez,

This is Akeisha Burroughs, Sub ID 2230. I am having technical difficulties with the subfinder system. Ironically, I was able to see the jobs up until this weekend and I also accepted a job on 09/17/2015 with no problem. I logged into the system on this weekend and I was unable to see any posted jobs. Upon logging into the system I received this message "The system does not have a valid telephone number for you" ". "One is required for you to view available jobs". In addition the zip code reflects 07111 instead of 07103 . The telephone number on the subfinder system has been replaced with 0-0-0. I would assume this was defaulted by the subfinder system.

I have not changed any of my demographic information on the subfinder system. I do however have a telephone number you can add. The telephone number is (973)368-4750. I no longer have the other number that was listed on the subfinder system (201)640-7477.

Yours Truly,
Akeisha Burroughs


On Wed, Oct 14, 2015 at 4:46 PM, Akeisha Burroughs <akeishaburroughs@gmail.com> wrote:
Good evening,

Ms. Velez, I am in receipt of your email. The voicemail I left for you was an inquiring question, asking if you were aware of the inquiry or update made on my credit report.

Naturally, my first instinct was to contact the bureau to inquire and then contact the employer listed. As, I indicated on your voicemail, I was not sure about the inquiry and/or whom actually made the inquiry. My voicemail message was not left with any accusation of any member of the Irvington Board of Education. In addition, being that I have been a substitute for over a year, is was alarming to see Irvington Board of Education listed as a "New Employer for 2015". This was the nature of my call, to inquire not make any accusation.

It is my hope that you have someone else listen to the voice, before accusing me of accusing the Irvington Board of Education of a credit check, or even updating my credit file. I feel insulted based on the tone of your email, because it is not what I expected due to our professional status with the Irvington Board of Education. Your accusation of me could have a negative effect on my seeking full-time employment with the Irvington Board of Education and this is not the nature of how I handle any of my business and/or inquiries with Irvington Board of Education or any other entity.

Respectfully Yours,

Akeisha Burroughs


On Wed, Oct 14, 2015 at 3:23 PM, Julissa Velez <jvelez@irvington.k12.nj.us> wrote:

Good Afternoon:

I am in receipt of your voicemail accusing the Irvington Board of Education, Human Resources Department of having performed a credit check on you.  Please be advised the Irvington Board of Education Human Resources Department does not perform any type of credit checks on our employees.

I would advise that you contact the credit bureau to find out who actually performed the credit check.

If you have any questions please fee free to email me.

Thank you,

--
*Julissa Velez, Confidential Administrative Secretary
Department of Human Resources*
*973.399.6800 ext. 2185*
*973.399.2632 Fax*
*Irvington Board of Education *
*1 University Place*
*Irvington, NJ 07111*

CONFIDENTIALITY NOTICE
The information in this email and the documents that are attached to it, if any, may contain privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. It is for the sole use of the intended recipient(s). If you are not the intended recipient of this communication, any disclosure, copying, facsimile, distribution, or use of the contents of this information is strictly prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.

**CONFIDENTIALITY NOTICE**
**The information in this email and the documents that are attached to it, if any, may contain privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. It is for the sole use of the intended recipient(s). If you are not the intended recipient of this communication, any disclosure, copying, facsimile, distribution, or use of the contents of this information is strictly prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.**

--
*Julissa Velez, Confidential Administrative Secretary
Department of Human Resources*
*973.399.6800 ext. 2185*
*973.399.2632 Fax*
*Irvington Board of Education *
*1 University Place*
*Irvington, NJ 07111*

CONFIDENTIALITY NOTICE

The information in this email and the documents that are attached to it, if any, may contain privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. It is for the sole use of the intended recipient(s). If you are not the intended recipient of this communication, any disclosure, copying, facsimile, distribution, or use of the contents of this information is strictly prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.

**CONFIDENTIALITY NOTICE**
**The information in this email and the documents that are attached to it, if any, may contain privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. It is for the sole use of the intended recipient(s). If you are not the intended recipient of this communication, any disclosure, copying, facsimile, distribution, or use of the contents of this information is strictly prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.**